THEODORE SMITH, an Infant, etc., v. MARTIN HARRIS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before March 31, 1931, and thereafter diligently prosecute the appeal. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

AMERICAN ENCAUSTIC TILING COMPANY, LIMITED, v. COLANERI CONT. Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellants' points to be filed on or before March 16, 1931, with notice of argument for March 31, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

FRANCIS J. MYGATT v. C. EDWIN GILBREATH.— Motion granted upon condition that defendant within five days furnish an undertaking to pay interest and costs in connection with the amount on deposit; otherwise, motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABE DICKMAN.— Motion granted so far as to extend the time of the appellant in which to file the record on appeal and appellant's points on or before March 31, 1931, with notice of argument for April 15, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SEROTA BROS., INC., v. SEROTA COAL Co., INC., and Others.— Motion granted upon condition that defendants file a surety company bond in the sum of $1,500 and procure the appeal to be argued not later than the 2d day of April, 1931, unless the parties execute a stipulation differently. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MURRAY B. MACHLIN for a Mandamus Order against the Directors and Trustees and Each of Them, in Liquidation and Dissolution of INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation.— Motion granted, provided that the appeal be argued or submitted on March 20, 1931, and that, pending said appeal, all books, records and documents are preserved to the satisfaction of the attorney for petitioner. Otherwise, motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ANNA DITTO v. MARVIN W. DITTO.— Motion granted upon condition that the appellant procure appeal to be argued not later than April 2, 1931, unless the parties stipulate otherwise. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE GEVAERT Co. OF AMERICA, INC., for an Order Directing the Arbitration, etc., Entered into between the Petitioner and JACK T. COSMAN.— Motion granted upon condition that appellant procure the appeal to be argued on the 20th day of March, 1931, unless both parties agree to an adjournment. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN TRACZUK.— Motion granted and the time of the appellant in which to file the record and appellant's points extended to and including March 27, 1931, with notice of argument for April 14, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.